IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. JACQUELINE M. JUNKINS-HOPKINS<br><br>Plaintiff<br><br>v.<br><br>THE JOHNS HOPKINS HOSPITAL, *et al.*<br><br>Defendants | CIVIL ACTION<br>NO. 14-07080 |

## ORDER

**AND NOW**, this 26th day of May, 2015, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 8), Plaintiff's Motion for Leave to File First Amended Complaint (Doc. No. 12), and all briefs filed in support of or opposition thereto (Doc. Nos. 13, 15, 16), it is **ORDERED** that:

1. Defendants' Motion is **GRANTED IN PART AND DENIED IN PART**. Defendants' Motion is **GRANTED** with respect to Plaintiff's breach of contract claim, which is **DISMISSED**. Defendants' Motion is **DENIED** in all other respects.

2. Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's Motion is **GRANTED** with respect to her claim under 42 U.S.C. § 1981. Plaintiff's Motion is **DENIED** with respect to her breach of contract claim.

3. Plaintiff is granted leave to file an amended complaint consistent with this Order and substantially as proposed on or before **June 5, 2015**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.